

# United States District Court
# Northern District of Illinois

In the Matter of

Hooters of America            District Judge Thomas M. Durkin

v.            Case No. 19-CV-390

Tyson Foods, Inc., et al            Designated Magistrate Judge Michael T. Mason

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Manish S. Shah to be related to 16 C 8637 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

*/s/ Thomas M Durkin*

**Judge Thomas M. Durkin**

Date: Tuesday, February 5, 2019

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Thomas M. Durkin

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*/s/ Ruben Castillo*

**Chief Judge Ruben Castillo**

Dated: Tuesday, February 5, 2019